## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 11-cv-01323-CMA-CBS

BRANDON KILLINGS,

    Plaintiff,

v.

M.R.S. ASSOCIATES INC., a New Jersey corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Dismissal With Prejudice (Doc. # 7), it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED:  July __25__, 2011

                                                          BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge